**UNITED STATES of America, Plaintiff–Appellee**

v.

**Cesar DIAZ–CAMPOS, Defendant–Appellant.**

**No. 13–41368 Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Dec. 9, 2014.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Michele Renee Villarreal–Kuchta, Law Office of Michele Villarreal–Kuchta, Corpus Christi, TX, for Defendant–Appellant.

Before REAVLEY, DENNIS, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Cesar Diaz–Campos has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Diaz–Campos has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Diaz–Campos's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.

